IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JORDI SANDOVAL RODRIGUEZ,

*Petitioner,*

v.

PAUL PERRY, *et al.*,

*Respondents.*

Case No. 24-cv-00651-LMB

### ORDER

Upon consideration of Petitioner's Motion for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243, and Petitioner's Petition for Habeas Corpus and Complaint, it is hereby ORDERED that:

1. Petitioner's Motion for Issuance of an Order to Show Cause is GRANTED;

2. Respondents are ORDERED to file a response, if any, to the Order to Show Cause by Friday June 14, 2024. In support thereof, Respondents shall append to their response a copy of the full record in the removal proceedings, a transcript of the digital recording for those proceedings, and all other records in Respondents' possession necessary for the resolution of the Petition and bearing upon "the true cause of the detention," 28 U.S.C. § 2243;

3. Petitioner shall have an opportunity to file a reply by Friday June 28, 2024; and

4. Upon full briefing and review of the parties' filings, the Court will determine whether a hearing is warranted.

So Ordered

/s/
Leonie M. Brinkema    5/22/24
United States District Judge